URRIZA, DEMANDANTE Y APELADA, *v.* NEGRÓN, DEMANDADA Y APELANTE Y HEREDEROS DESCONOCIDOS DE MARIANO VILLANÚA.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre nulidad de contrato, de matrimonio, sobre divorcio y liquidación de sociedad de gananciales.

MOCIÓN para que se desestime la apelación.

No. ——.—Resuelto en noviembre 13, 1914.

DESESTIMACIÓN DE APELACIÓN—ESCRITO DE APELACIÓN—FALTA DE NOTIFICACIÓN A UNA PARTE CONTRARIA.—Por regla general las mociones de esta naturaleza exigen un examen amplio de los méritos del caso para poder determinar si

la parte a quien no se le ha notificado el escrito de apelación es realmente una parte contraria que pueda ser afectada o nó por la resolución que se dicte, y este estudio se hace mejor después que ha sido radicada la transcripción de autos y se oye a ambas partes en la vista del recurso en el fondo, y por tanto procede denegar la moción sin perjuicio de considerar esta cuestión cuando se resuelva el recurso.

Abogados de la apelada: *Sres. Alvarez Nava & Dominguez y Franciso de la Torre.*

Abogados de Francisca Negrón: *Sres. José de Diego* y *Luis Méndez Vaz.*

RESOLUCIÓN.

POR CUANTO, la demandante y apelada ha presentado una moción solicitando la desestimación de esta apelación por no haber sido notificado el escrito de apelación a los herederos desconocidos de Mariano Villanúa;

POR CUANTO, de acuerdo con la jurisprudencia establecida por este tribunal en los casos de *Sucesión Igaravídez et al.* v. *Sucesión Gallart et al.,* 17 D. P. R., 1213; *Sucesión Igaravídez et al.* v. *Rubert Hermanos et al.,* 20 D. P. R., 155, y *Caldelas* v. *Ramírez et al.,* 20 D. P. R., 33, por regla general las mociones de esta naturaleza exigen un examen amplio de los méritos del caso para poder determinar si la parte a quien no se lo ha notificado el escrito de apelación es realmente una parte contraria que pueda ser afectada o nó por la resolución que se dicte, y este estudio se hace mejor después que ha sido radicada la transcripción de autos y se oye a ambas partes en la vista del recurso en el fondo;

POR TANTO, el tribunal resuelve, de acuerdo con la jurisprudencia citada, denegar dicha moción sin perjuicio de considerar esta cuestión en el acto de la vista del recurso.

*Denegada la moción.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.

El Juez Presidente Sr. Hernández no formó parte del tribunal en la vista de esta moción.